12CV2774-JAH(JMA)

**Soria**

**-v-**

**Cach**

# STRICKEN PER ORDER [7]

**4**