Law office of David Sean Dufek
David Sean Dufek SBN 193723
2655 Camino Del Rio North #110
San Diego, CA 92108
(619) 299-1709 fax (619) 299-1951

Counsel for Defendant, CACH, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE SORIA, | Case No. 3:12-CV-02774 JAH JMA |
| Plaintiff, | **DEFENDANTS CACH, LLC, AND DAVID SEAN DUFEK'S ANSWER TO PLAINTIFF GEORGE SORIA'S UNVERIFIED COMPLAINT FOR DAMAGES** |
| v. | |
| CACH, LLC; AND, THE LAW OFFICE OF DAVID SEAN DUFEK, | |
| Defendants. | |

Defendant CACH, LLC, through their counsel of record DAVID SEAN DUFEK and the LAW OFFICE OF DAVID SEAN DUFEK, ("Dufek"), in *pro per,* answers Plaintiff George Soria's Complaint dated November 16, 2012, as follows:

**ANSWER**

1. Defendants deny each and every allegation, matter, ad thing contained in the Complaint except as specifically admitted, qualified or explained herein.

2. As to the allegation of Paragraph 1 that a Federal Statute commonly known as the Fair Debt Collection Practices Act, 15 U.S.C. §1629 *et seq.* exists, Defendants admit.

3. As to the allegation of Paragraph 2 that a California State Statute commonly known as Cal. Civ. Code §§1788.1 (a)-(b) exists, Defendants admit.

4. As to the allegations of Paragraph 3 that Plaintiff George Soria has, through his attorneys, brought a civil action in Federal Court, Defendants admit. As to the allegations that Defendants unlawfully and abusively caused Plaintiff damages, Defendants deny.

5. As to the allegations of Paragraph 5, no allegations are made.

6. Regarding the allegations of paragraph 5 of the complaint, no allegations are made.

7. Regarding the allegations of paragraph 6 of the complaint, Defendants admit.

8. Regarding the allegations of paragraph 7 of the complaint, Defendants deny.

9. Regarding the allegations of paragraph 8 of the complaint, no allegations are made.

10. Regarding the allegations of paragraph 9 of the complaint, Defendants admit.

11. Regarding the allegations of paragraph 10 of the complaint, Defendants admit.

12. Regarding the allegations of paragraph 11 of the complaint, Defendants admit.

13. Regarding the allegations of paragraph 12 of the complaint, Defendants admit.

14. Regarding the allegations of paragraph 13 of the complaint, Defendants admit.

15. Regarding the allegations of paragraph 14 of the complaint, Defendants admit.

16. Regarding the allegations of paragraph 15 of the complaint, Defendants admit.

17. Regarding the allegations of paragraph 16 of the complaint, Defendants admit.

18. Regarding the allegations of paragraph 17 of the complaint, Defendants admit.

19. Regarding the allegations of paragraph 18 of the complaint, Defendants admit.

20. Regarding the allegations of paragraph 19 of the complaint, Defendants admit.

21. Regarding the allegations of paragraph 20 of the complaint, Defendants admit.

22. Regarding the allegations of paragraph 21 of the complaint, Defendants admit.

23. Regarding the allegations of paragraph 22 of the complaint, Defendants admit.

24. Regarding the allegations of paragraph 23 of the complaint, Defendants admit on information and belief.

25. Regarding the allegations of paragraph 24 of the complaint, Defendants admit.

26. Regarding the allegations of paragraph 25 of the complaint, Defendants admit that Plaintiff did not reside in the County of San Joaquin, such admission on information and belief.  As to the other allegations of paragraph 25 of the complaint, Defendants have insufficient information to either admit or deny, and on that basis only, denies.

27. Regarding the allegations of paragraph 26 of the complaint, Defendants admit.

28. Regarding the allegations of paragraph 27 of the complaint, Defendants have insufficient information to either admit or deny, and on that basis denies.

29. Regarding the allegations of paragraph 28 of the complaint, Defendant DAVID SEAN DUFEK admits on his own behalf only; Defendant CACH LLC denies.

30. Regarding the allegations of paragraph 29 of the complaint, no allegations are pled.

31. Regarding the allegations of paragraph 30 of the complaint, no allegations are pled.

32. Regarding the allegations of paragraph 31 of the complaint, Defendant DAVID SEAN DUFEK admits on his own behalf only; Defendant CACH LLC denies.

33. Regarding the allegations of paragraph 32 of the complaint, Defendants also demand a jury trial.

### DEFENSES

34. Plaintiff's claims are barred, in whole or in part, by the bona fide error defense.

35. Plaintiff's claims are barred, in whole or in part, by Plaintiff's failure to mitigate damages.

### PRAYER FOR RELIEF

WHEREFORE, Defendants respectfully requests the Court order as follows:

1. Dismissal of Plaintiff's complaint;

2. An award of Plaintiff's reasonable attorneys fees and costs;

3. An award of damages in favor of Plaintiff;

4. An award of $1,000.00, pursuant to 15 U.S.C. §1692k(a)(2)(A).

5. Such other and further relief as should be just and proper.

Dated: January 31, 2013                    /s/ David Sean Dufek
                                           David Sean Dufek, counsel for Defendant CACH, LLC and in *pro per*